PEOPLE *v* HARRISON. Appeal from Monroe, James J. Kelley, Jr., J. Submitted Division 2 January 7, 1972, at Lansing. (Docket No. 11745.) Decided February 21, 1972. Leave to appeal denied, 387 Mich 782.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *William A. Garrett,* Prosecuting Attorney, for the people.

*Patricia Costello,* for defendant on appeal.

Before: LESINSKI, C. J., and McGREGOR and QUINN, JJ.

MEMORANDUM OPINION. William Hubert Harrison appeals his conviction by jury on September 16, 1970, of armed robbery. MCLA 750.529; MSA 28.797.

Our examination of the record and briefs discloses no prejudicial error depriving appellant of any substantial right.

Affirmed.